IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

        Plaintiff,                    No. CIV S-07-1789 FCD GGH P

     vs.

L. HALL,

        Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 29, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed October 29, 2007, are adopted in full; and

4 | 2. The September 19, 2007 opposition to the notice of removal, construed as a motion to remand, is denied.

DATED: December 11, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2