IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

      Plaintiff,                  No. CIV S-07-1789 FCD GGH P

    vs.

L. HALL, et al.,

      Defendants.

_____/      ORDER

      Plaintiff is a state prisoner proceeding pro se. On August 30, 2007, defendant Hall removed this action from state court.

      On October 3, 2007, the court found that plaintiff stated a colorable Eighth Amendment claim against defendant Hall. The court dismissed the retaliation claim against defendant Hall with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court orders defendant Hall to respond to the Eighth Amendment claim. The court separately recommends dismissal of the retaliation claim.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2 this order, defendant Hall shall file a response to the Eighth Amendment claim.
3 DATED: 03/19/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

10 far1789.1