IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

        Plaintiff,                    No. CIV S-07-1789 FCD GGH P

    vs.

L. HALL,

        Defendant.            <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2007, defendant Hall removed this action from state court.

        On October 3, 2007, the court found that plaintiff stated a colorable Eighth Amendment claim against defendant Hall. The court dismissed the retaliation claim against defendant Hall with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court recommends dismissal of the retaliation claim. The court has separately ordered service of the Eighth Amendment claim.

        Accordingly, IT IS HEREBY RECOMMENDED that for the reasons stated in the October 3, 2007, order the retaliation claim against defendant Hall be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:   03/19/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

far1789.dis