IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

        Plaintiff,                  No. CIV S-07-1789 FCD GGH P

    vs.

L. HALL,

        Defendant.             <u>ORDER</u>

_____/

        On October 3, 2007, the court found that plaintiff's complaint stated a colorable Eighth Amendment claim against defendant Hall. The court dismissed plaintiff's retaliation claim with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, on March 19, 2008, the court recommended that the retaliation claim be dismissed.

        On April 10, 2008, plaintiff filed objections to the findings and recommendations. Plaintiff states that he did not receive the October 3, 2007, order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 19, 2008, findings and recommendations are vacated;

/////

/////

1

2. The Clerk of the Court is directed to re-serve plaintiff with the October 3, 2007, order.

DATED: 05/05/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

far1789.vac