IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

      Plaintiff,                    No. CIV S-07-1789 FCD GGH P

    vs.

L. HALL,

      Defendant.              ORDER

_____/

       On May 12, 2008, plaintiff filed a motion for entry of default and a motion for summary judgment on grounds that defendant Hall did not file a timely answer. On March 19, 2008, the court ordered defendant Hall to file an answer within twenty days. On April 2, 2008, defendant Hall filed a timely answer.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for default (#18) and for summary judgment (# 19) filed May 12, 2008, are denied.

DATED: 06/05/08

                                           /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

far1789.def

1