IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

        Plaintiff,                    No. CIV S-07-1789 FCD GGH P

    vs.

L. HALL,

        Defendant.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed an amended complaint. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on April 2, 2008. Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties. Plaintiff's amended complaint will therefore be stricken.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 29, 2008, amended complaint is stricken.

DATED: 7/28/08

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

farley.ame

1