IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL FARLEY,

        Plaintiff,                  No. CIV S-07-1789 FCD GGH P

    vs.

L. HALL,

        Defendant.              <u>ORDER</u>

_____/

        On July 28, 2008, the court ordered plaintiff's May 28, 2008, amended complaint stricken because plaintiff filed neither a motion to amend nor a stipulation to amend the complaint.  <u>See</u> Fed. R. Civ. P. 15.

        Pending before the court is plaintiff's August 6, 2008, "response" to the July 28, 2008, order.  Plaintiff states that he was unaware of Fed. R. Civ. P. 15.  Plaintiff requests permission to file a motion to amend.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The July 28, 2008, order is vacated;

        2. Plaintiff is granted twenty days from the date of this order to file a motion for leave to file an amended complaint; defendants' response is due twenty days thereafter; if plaintiff seeks leave to proceed on the amended complaint filed May 29, 2008, he may refer to

1

1 that amended complaint in the motion to amend.

2 DATED: 09/10/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

farley.ord